## Coad vs. Coad. (Motion.)

DIVORCE: *Suit money.*

On the husband's appeal from a judgment of divorce in favor of the wife (which appears to have given all the appellant's property to the respondent by way of alimony), it appearing that the respondent had married again before the time for appeal from the judgment had expired, and that her second husband was still living, this court denies her motion for an order on the appellant to pay her a sum sufficient to enable her to litigate the appeal.

APPEAL from the Circuit Court for *Iowa* County.

The motion disposed of in the following opinion was argued by *B. J. Stevens* (of counsel with *Reese & Carter*) for the respondent, and by *Cyrus Lanyon* (of *Cothren & Lanyon*) for the appellant.

RYAN, C. J. This is an appeal from a judgment of divorce in favor of the wife against the husband. The judgment appears to have given all the appellant's property to the respondent, by way of alimony.

The respondent married again before the time for appeal from the judgment had expired, and her second husband is living.

She now moves, under sec. 16, ch. 111, R. S., for an order on the appellant to pay to her a sum sufficient to enable her to litigate this appeal.

In general, it appears to us that a man who marries a woman, competent to marry only by a judgment of divorce,

before the time has expired when the judgment may be re-viewed in this court—always a dangerous and delicate pro-ceeding, — or within which other proceedings on foot of the judgment may be taken, may be held to assume his wife's litigation and its expenses beyond taxable costs. The statute goes on the wife's dependence on her husband, or late hus-band, for expenses of the litigation. And we are not inclined to hold that it was intended to entitle her to this sort of biga-mous dependence, on two husbands at once.

In any view, the statute leaves the subject in the discre-tion of the court. And in the circumstance stated, we are in-disposed to exercise the discretion in favor of the respondent.

*By the Court.*—The motion is denied; the costs to abide the event of the appeal.